No. 04-14-00807-CV

---

In the Court of Appeals for the

Fourth Court of Appeals District
San Antonio, Texas

---

BRADLEY AERY, et al.,

Appellants,

v.

HOSKINS, INC., et al.,

Appellees.

---

FROM THE 36TH JUDICIAL DISTRICT COURT OF MCMULLEN COUNTY, TEXAS

---

LEE ANN KULKA, ANDREA JURICA, LEROY HOSKINS, III
JOINDER IN BRIEF OF APPELLANTS C. CLIFTON HOSKINS
AND HOSKINS, INC.

---

TO THE HONORABLE JUSTICES OF THE COURT:

NOW COME Appellees Lee Ann Kulka, Andrea Jurica and Lee Roy Hoskins, III (collectively, "Kulka Appellees") and present their joinder in Brief of Appellees C. Clifton Hoskins and Hoskins, Inc. demonstrating that the trial court correctly granted summary judgment on the dispositive legal issue in this case.

The Kulka Appellees join in the Brief of Appellees Cliff Hoskins and Hoskins, Inc. as the trial court's order that that the February 9, 1966 Deed from

Sam E. Quinn to James L. House conveying the lands of the 623.93-acre Quinn Tract (Vol. 95, pg. 451) (the "House Deed") did not convey Sam E. Quinn's non-participating royalty interests in the Ray Tract and Hoskins Tract, originally established and described in that certain November 7, 1963 Partition and Royalty Deed (Vol. 95, pg. 357) and subsequently conveyed to Hazel Hoskins and L. R. Hoskins by that certain February 11, 1966 Deed from Sam E. Quinn to L. R. Hoskins and Hazel Hoskins conveying his non-participating royalty interest in Ray Tract and Hoskins Tract should be upheld.

The Kulka Appellees's do not adopt nor agree to any statement in the Brief of Appellees C. Clifton Hoskins and Hoskins, Inc. as to the specific ownership interest claimed by C. Clifton Hoskins and Hoskins, Inc. in the Hoskins Tract, the Ray Tract or of the NPRI's at issue. In particular, Appellees C. Clifton Hoskins and Hoskins, Inc. define themselves as "Hoskins" and then proceed to make numerous arguments as to the ownership interest of "Hoskins". There are current disputes as to title among the Hoskins family over the assets in the probate proceeding No. 1785, *In the Estate of Lee Roy Hoskins, Sr., Deceased*, pending in the County Court of Live Oak County, Texas (the "Hoskins Estate Matter"). Certain conveyances particularly those by Hazel Hoskins and Hoskins, Inc., including conveyances to Appellees and other Co-Appellees C. Clifton Hoskins, Blake C. Hoskins, Brent C. Hoskins, Leonard K. Hoskins and others are at issue in

the Hoskins Estate Matter. The disputes by and between the Hoskins family are not relevant to the question presented on appeal concerning the interpretation of the nature and extent of the conveyance under the unambiguous House Deed. Appellees have superior title as compared to Appellants Aery and House.

Joinder in the Brief of Appellees C. Clifton Hoskins and Hoskins, Inc. is not an admission that the conveyance by Hazel Hoskins, Hoskins, Inc., or C. Clifton Hoskins are valid. Rather, the Kulka Appellees simply contend that, upon the death of Lee Roy Hoskins, Sr., the Estate of Lee Roy Hoskins, Sr., had superior title or claim to the NPRI, at issue herein, as compared to Appellants Aery and House. The validity of any subsequent conveyances following Lee Roy Hoskins, Sr.'s death does not alter the invalidity of the claims by Appellants Aerys or House and no order of the trial court below addressed ownership issues as between the Hoskins family.

WHEREFORE, appellees Lee Ann Kulka, Andrea Jurica and Lee Roy Hoskins, III respectfully request that this Court affirm the judgment of the district court and that they have such further relief to which they are entitled.

3

Respectfully submitted,

**JACKSON WALKER L.L.P.**
112 E. Pecan Street, Suite 2400
San Antonio, Texas 78205
(210) 978-7700
(210) 978-7790 – Fax

By:_____*/s/ Julia W. Mann*_____
        Peter E. Hosey
        State Bar No. 10027500
        Julia W. Mann
        State Bar No. 00791171

**ATTORNEYS FOR APPELLEES**
**LEE ANN KULKA, LEE ROY**
**HOSKINS, III AND ANDREA JURICA**

## CERTIFICATE OF COMPLIANCE

The undersigned certifies this brief complies with the type-face and length requirements of amended rule 9.4 of the Texas Rules of Appellate Procedure. Exclusive of the exempted portions stated in amended rule 9.4(i)(1), the brief contains 521 words, as calculated by Microsoft Word 2010, the program used to prepare this document.

        */s/ Julia W. Mann*_____
        Julia W. Mann

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing Lee Ann Kulka, Andrea Jurica, Leroy Hoskins, III's Joinder in Brief of Appellants C. Clifton Hoskins and Hoskins, Inc. has been forwarded to all counsel and parties of record, listed below, by via electronic service or email, on this 20th day of May, 2015.

| | |
|---|---|
| Rosemarie Kanusky<br>John W. Weber, Jr.<br>Jeffrey A. Webb<br>James Summers<br>NORTON ROSE FULBRIGHT US LLP<br>300 Convent, Suite 2100<br>San Antonio, Texas 78205<br>Rosemarie.Kanusky@nortonrosefulbright.com<br>John.Weber@nortonrosefulbright.com<br>Jeff.Webb@nortonrosefulbright.com<br>James.Summers@nortonrosefulbright.com<br>*Appellate Counsel for the House Family* | Dan Pozza<br>LAW OFFICE OF DAN POZZA<br>239 East Commerce Street<br>San Antonio, Texas 78205<br>danpozza@yahoo.com<br>*Appellate Counsel for Aery Family* |
| David Ylitalo<br>COATS ROSE PC<br>1020 Northeast Loop 410<br>Suite 800<br>San Antonio, Texas 78209<br>dylitalo@coatsrose.com<br>*Counsel for Leonard Hoskins* | Marc K. Whyte<br>WHYTE, PLLC<br>209 Tuttle<br>San Antonio, Texas 78209<br>whytemarc@gmail.xom<br>*Counsel for Aery Family* |
| Ellen Mitchell<br>C. David Kinder<br>DYKEMA COX SMITH<br>112 E. Pecan Street, Suite 1800<br>San Antonio, Texas 78205<br>emitchell@dykema.com<br>dkinder@dykema.com<br>*Counsel for C. Clifton Hoskins and Hoskins, Inc.* | John George, Jr.<br>Matthew F. Wymer<br>BEIRNE, MAYNARD & PARSONS, LLP<br>112 East Pecan Street, Suite 2750<br>San Antonio, Texas 78205<br>jgeorgejr@bmpllp.com<br>mwymer@bmpllp.com<br>*Counsel for Aery Family* |

| | |
|---|---|
| Jason A. Newman<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002-4995<br>Jason.newman@bakerbotts.com<br>*Counsel for Texoz E&P I, Inc.* | Melanie Hessler Phipps<br>KUSTOFF & PHIPPS, LLP<br>4103 Parkdale Street<br>San Antonio, Texas 78229-2520<br>mphipps@kplegal.com<br>*Counsel for Aery Family* |
| Benjamin F. Youngblood, III<br>BENJAMIN F. YOUNGBLOOD III, P.L.L.C.<br>8207 Callaghan Road, Suite 100<br>San Antonio, Texas 78230<br>bfy@prodigy.net<br>*Counsel for Jane W. Hoskins* | Ezra A. Johnson<br>UHL, FITZSIMONS,<br>JEWETT & BURTON, PLLC<br>4040 Broadway, Suite 430<br>San Antonio, Texas 78209<br>ejohnson@ufjblaw.com<br>*Counsel for Blake C. Hoskins* |
| David W. Navarro<br>Brendon C. Holm<br>HORNBERGER SHEEHAN FULLER BEITER<br>WITTENBERG & GARZA INCORPORATED<br>The Quarry Heights Building<br>7373 Broadway, Suite 300<br>San Antonio, Texas 78209<br>dnavarro@hsfblaw.com<br>bholm@hsfblaw.com<br>*Counsel for Brent C. Hoskins* | Michael C. Sartori<br>LAW OFFICE OF MICHAEL C. SARTORI<br>P.O. Box 1222<br>502A Houston Street<br>George West, Texas 78022<br>Michael@msartori.com<br>*Counsel for Hoskins, Inc., C. Clifton Hoskins, Trudy Day, and Hazel Q. Hoskins* |
| Conner R. Jackson<br>R. Clay Hoblit<br>HOBLIT FERGUSON DARLING, LLP<br>2000 Frost Bank Plaza<br>802 Carancahua<br>Corpus Christi, Texas 78401<br>cjackson@hfdlaw.com<br>choblit@hfdlaw.com<br>*Counsel for Aurora Resources Corporation* | Bruce D. Oakley<br>Robert L. Pillow<br>HOGAN LOVELLS US LLP<br>700 Louisiana Street, Suite 4300<br>Houston, Texas 77002<br>Bruce.oakley@hoganlovells.com<br>Robert.pillow@hoganlovells.com<br>*Counsel for Armadillo E&P, Inc., Sea Eagle Ford, LLC, and Sundance Energy, Inc.* |

*/s/ Julia W. Mann*
Julia W. Mann

12971154v.2